No. 538, Misc.   FLORES *v.* ELLIS, DIRECTOR, TEXAS DEPARTMENT OF CORRECTIONS, ET AL.   Court of Criminal Appeals of Texas.   Certiorari denied.

No. 560, Misc.   GREEN *v.* ILLINOIS.   Supreme Court of Illinois.   Certiorari denied.

No. 566, Misc.   BAYS *v.* INDIANA.   Supreme Court of Indiana.   Certiorari denied.

No. 570, Misc.   THOMPSON ET AL. *v.* COLORADO.   Supreme Court of Colorado.   Certiorari denied.   Petitioners *pro se.   Duke W. Dunbar,* Attorney General of Colorado, *Frank E. Hickey,* Deputy Attorney General, and *John W. Patterson,* Assistant Attorney General, for respondent.

No. 585, Misc.   PENNSYLVANIA EX REL. DANDY *v.* BANMILLER, WARDEN.   Supreme Court of Pennsylvania. Certiorari denied.

No. 627, Misc.   CUOMO *v.* LAVALLEE, WARDEN.   Appellate Division of the Supreme Court of New York, Third Judicial Department.   Certiorari denied.   Petitioner *pro se.   Louis J. Lefkowitz,* Attorney General of New York, *Paxton Blair,* Solicitor General, and *Joseph J. Rose,* Assistant Attorney General, for respondent.

No. 632, Misc.   JORDAN *v.* MARYLAND.   Court of Appeals of Maryland.   Certiorari denied.